Argued January 16, reversed and remanded January 30, 1978

In the Matter of Corena A. Barker, a minor child.
STATE ex rel MARION COUNTY
JUVENILE DEPARTMENT, *Respondent,*
*v.*
BARKER et al, *Appellants.*
(No. 19,933, CA 9302)
573 P2d 776

James W. Nass, Marion-Polk Legal Aid Service, Inc., Salem, argued the cause and filed the brief for appellants.

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error.

Reversed and remanded.